UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TRUSTEES OF THE ELECTRICAL
WORKERS LOCAL 369 BENEFIT FUND
and TRUSTEES OF THE ELECTRICAL
WORKERS LOCAL 369 RETIREMENT
FUND,                                                                          Plaintiffs,

v.                                                         Civil Action No. 3:24-cv-575-DJH-RSE

AP ELECTRIC, INC.,                                                    Defendant.

\* \* \* \* \*

## <u>ORDER</u>

Plaintiffs Trustees of the Electrical Workers Local 369 Benefit Fund and Trustees of the Electrical Workers Local 369 Retirement Fund filed a motion for default judgment based on Defendant AP Electric, Inc.'s failure to appear, answer, or otherwise plead in this matter. (Docket No. 8)  The Court granted the motion and referred it to Magistrate Judge Regina S. Edwards for report and recommendation as to the proper amount of damages.  (D.N. 9) Plaintiffs then filed an amended motion for default judgment updating the relief sought.  (D.N. 14; *see also* D.N. 14-1)  Judge Edwards entered her Findings of Fact, Conclusions of Law, and Recommendation as to the amended motion on December 18, 2025, recommending that 369 Benefit Fund be awarded judgment against AP Electric in the amount of $36,077.02; that 369 Retirement Fund be awarded judgment against AP Electric in the amount of $37,882.85; and that Plaintiffs be awarded $8,132.00 for attorney fees and $405.00 for the filing fee.  (D.N. 18, PageID.345)  The time for objections to the magistrate judge's findings and recommendations has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

1

Because no party has objected to the Findings of Fact, Conclusions of Law, and Recommendation, the Court may adopt them without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and sees no error in the magistrate judge's findings and conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Plaintiffs' amended motion for default judgment (D.N. 14) is **GRANTED**.

(2)     The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 18) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(3)     A separate Judgment will be entered this date.

April 30, 2026

**David J. Hale, Chief Judge**
**United States District Court**